# UNITED STATES DISTRICT COURT

Eastern District of California

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| David Fiechtner | ) | Case Number: 6:08-mj-00264-WMW |
| | ) | USM Number: |
| | ) | Charles Lee, A.F.D. |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   Count One : Amended to 36 CFR 4.2/CVC 23103.5 "Wet" Reckles

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR4.2/CVC 23103 | "Wet" Reckless | 12/7/2008 | One |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)   TWO   ☑ is   ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

12/8/2008
Date of Imposition of Judgment

/s/ William M. Wunderlich
Signature of Judge

William M. Wunderlich          U.S. Magistrate
Name of Judge                  Title of Judge

12/8/2008
Date

DEFENDANT: David Fiechtner
CASE NUMBER: 6:08-mj-00264-WMW

Judgment—Page 2 of 2

## ADDITIONAL PROBATION TERMS

The defendant is placed on 24 months Unsupervised Probation.

While on probation, the defendant shall not commit another federal, state, or local crime. The defendant shall also comply with the following special conditions:

1. Serve 13 days custody pursuant to 18 USC 3563(b)(10). Defendant is ordered to report to the institution designated by the Bureau of Prisons, and failing a designation, report to the U.S. Marshal's Office, Fresno, CA by 2:00 P.M. on 1/23/2009 The Court recommends that the defendant complete said custody at the facility near his residence in Santa Barbara, if space and security permit. The Court further recommends that the defendant be allowed to serve custody on weekends.

2. Defendant shall pay fine total of $2990 and $10 penalty assessment in payments of $125 per month, commencing on 1/9/2009 and due on the 9th of each month until paid in full.

3. Defendant shall not operate motor vehicle unless properly licensed, registered and insured.

4. Defendant shall not operate motor vehicle with any detectable amount of alcohol in system.

5. Defendant shall not refuse to submit his blood, breath or urine to determine blood alcohol content at the request of a peace officer involved in a Driving Under the Influence of Alcohol investigation.